JASPER, LYNCH & FISHEL, INC., et al., Respondents, v. FRIEDA FINGERHOOD et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

JASPER LYNCH & FISHEL, INC., et al., Respondents, v. FRIEDA FINGERHOOD et al., Appellants.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ELSA NENNINGER, as Administratrix of the Estate of FRED H. NENNINGER, Deceased, Respondent, v. GEORGE SAULPAUGH et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

CELIA MORRIS, Individually and as a Stockholder of MORTON COAL CO., INC., Suing on Behalf of Herself and All Other Stockholders of Said Corporation, Appellant, v. MORTON WORMSER et al., Respondents.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MINNYE W. NOLAN, Respondent, v. GEORGE K. WEEKS et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of SLOPPY JOE'S, INC., Appellant. BROADWAY & 47TH STREET CORPORATION, Respondent.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

CHASE NATIONAL BANK OF THE CITY OF NEW YORK et al., as Executors and Trustees of CHARLES I. GILBERT, Deceased, etc., Respondents, v. MANUFACTURERS TRUST COMPANY, Defendant, and EDWARD H. HIRST, Defendant-Appellant.— No opinion. The date for the inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of KATHERINE G. BURRI, Individually and as President of the Civil Service Forum, Council 189, et al., Respondents, against CITY OF NEW YORK et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [180 Misc. 74.]

JULIUS MARCUS, Respondent, v. J. G. EISELE et al., Defendants, and DELAWARE AND HUDSON COMPANY et al., Defendants-Appellants.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

GREENWICH SAVINGS BANK, Respondent, v. 1010 FIFTH AVENUE, INC., Appellant, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.